FILED VIA MAIL

JUL 24 2015

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

IN RE: ) CASE NO.: 6:09-bk-14181-CCJ
)
LUCKNA SAINT HILARIE, )
)
Debtor )
_____)

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a debtor in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: I am the Personal Representative of the Estate of LUCKNA SAINT HILAIRE, a/k/a LUCKNA SAINT HILARIE. A certified copy of my Letters Of Administration is attached, along with a certified copy of her death certificate.

| | |
|---|---|
| Name of Claimant: | TRACEY SAINT HILAIRE, Personal Representative of the Estate of LUCKNA SAINT HILAIRE, a/k/a LUCKNA SAINT HILARIE |
| Mailing address: | 745 Hull Island Drive<br>Oakland, Florida 34787 |
| Telephone number: | (407) 414-6676 |
| Estate Tax ID No.: | 47-7076129 |
| Amount of Claim: | $3,611 (see attached Report of Unclaimed Funds) |

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the

funds due upon this claim. Further, that they be made payable to the trust account of the attorney of record for the estate, namely Frank J. Pyle, Jr., Trust account.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn.: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

_____        _____6/23/15_____
TRACEY SAINT HILAIRE,                   DATE
Personal Representative
of the Estate of LUCKNA SAINT HILAIRE,
a/k/a LUCKNA SAINT HILARIE

3cc

FILED IN OFFICE
PROBATE MENTAL HEALTH
2015 JAN -7 AM 10: 12
CLERK CIRCUIT COURT
ORANGE CO. FL

IN THE CIRCUIT COURT FOR
ORANGE COUNTY, FLORIDA

IN RE: ESTATE OF

LUCKNA ST. HILAIRE,

Deceased

PROBATE DIVISION
FILE NO.: 48-2014-CP-003212-O

/

## LETTERS OF ADMINISTRATION
(SINGLE PERSONAL REPRESENTATIVE)

TO ALL WHOM IT MAY CONCERN

WHEREAS, LUCKNA ST. HILAIRE, a resident of Orange County, Florida, died on April 13, 2010, owning assets in the State of Florida, and

WHEREAS, TRACEY SAINT HILAIRE has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare TRACEY SAINT HILAIRE to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of LUCKNA ST. HILAIRE, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

DONE AND ORDERED at Orlando, Orange County, Florida, this 7th day of January, 2015.

STATE OF FLORIDA
COUNTY OF ORANGE

I, THE UNDERSIGNED, Clerk of the Circuit Court, Orange County, Florida, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original and the same is in full force as it appears on record and effect.

WITNESS my hand Seal of the Circuit Court at Orlando, Florida, this the 20 day of JULY A.D. 20 15.

TIFFANY M. RUSSELL
Clerk Circuit Court
By _____
Deputy Clerk

CIRCUIT JUDGE
JOSE R. RODRIGUEZ

Ms Tracey Saint Hilaire
745 Hull Island Drive
Oakland, FL 34787

June 2015

RECEIVED
JUL 24 2015
CLERK, U.S. BANKRUPTCY
ORLANDO, FL

United States Bankruptcy Court
Middle District of Florida
Orlando Division
400 W. Washington St., Suite 5100
Orlando, FL 32801

Re:   Case No. 6:09-bk-14181-CCJ

Gentlemen:

Enclosed is a Motion For Payment Of Unclaimed Funds along with a certified copy of the Letters Of Administration appointing me as Personal Representative for my late mother and a certified copy of her death certificate.

Also enclosed are two optional Orders for the Court. My preference is that the Court issue the Order to send the funds payable to the attorney for my mother's probate, although if that is not possible the other Order reflects the funds being paid directly to me as Personal Representative of the estate.

Please contact me at the above address if there appears to be anything missing.

Thank you for your prompt consideration.

Sincerely,

Tracey Saint Hilaire

cc   U.S. Attorney
     Attn: Civil Procedures Clerk
     400 N. Tampa St., Suite 3200
     Tampa, FL  33602